AO 91 (Rev. 5/85) Criminal Complaint        AUSA Robert H. Waters

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

FILED by D.C.
NOV 21 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA
v.
HOWARD COHEN

## CRIMINAL COMPLAINT

CASE NUMBER: 08-8324-LRJ

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 18, 2008 in Palm Beach county, in the Southern District of Florida defendant (Track Statutory Language of Offense)

did by force, violence, intimidation, take, from the person of another, money or any other thing of value, belonging to or in the care of any bank or credit union,

in violation of Title 18 United States Code, Section 2113.

I further state that I am a(n) Special Agent of the FBI and that this complaint is based on the following facts:

Please see attached Affidavit.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant
John J. MacVeigh, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
upon my finding of probable cause.

November 21, 2008                                    at    West Palm Beach, Florida
Date                                                       City and State

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                         Signature of Judicial Officer

# AFFIDAVIT

I, JOHN J. MACVEIGH IV, being duly sworn, do state and attest as follows:

1. I am employed as a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since October 29, 1995. I am currently assigned to the Palm Beach County, Florida resident agency of the FBI.

2. This affidavit is based on your affiant's knowledge of this investigation and on information provided to your affiant by other law enforcement officer and witnesses. Not all the facts known to your affiant have been included in this affidavit, but only such facts as are necessary to establish probable cause for the arrest of HOWARD COHEN, a white male, date of birth, July 26, 1959.

3. On Tuesday, November 18, 2008, at approximately 1:15 P.M., the Palm Beach County Sheriff's Office received a call regarding a bank robbery at the Regions Bank, at 1184 Royal Palm Beach Blvd., Royal Palm Beach, Florida. The police were advised that the suspect was being followed in a vehicle by another bank customer. The Regions Bank is insured by the Federal Deposit Insurance Corporation (FDIC).

4. Investigation revealed the bank robber entered the bank and approached the teller counter. He demanded one hundred dollar and fifty dollar bills from the victim teller. The teller stated she became even more fearful of the robber after she handed him the money, the robber began to demand more money. The teller attempted to tell him that all the money was given to him, but the robber fled the bank. The Regions Bank reported a loss of $1660.00.

1

5. A bank employee saw the robber enter a white Chevrolet Cavalier. The employee told another customer sitting in his own car that the man in the Chevrolet just robbed the bank. The customer began to follow the Chevrolet out of the parking lot and south on Royal Palm Beach Blvd. The customer called 911 on his cellular telephone to report the information. The robber turned into a housing development off Royal Palm Beach Blvd. The customer followed him to a house located at 204 Meander Circle, Royal Palm Beach, Florida. The robber exited the car and hurried into the house. The Palm Beach County Sheriff's Office responded to the house and eventually ordered the resident, HOWARD COHEN out of the house. COHEN was taken into custody for a live show-up with the two bank employees who saw him in the bank.

6. The two bank employees were individually driven to the scene by a Palm Beach County Sheriff's Office Deputy. The bank employees both identified, HOWARD COHEN as the person who they knew to be the bank robber. One of the employees noted that COHEN had changed his shirt since he was in the bank. The bank employees stated that COHEN was the same individual that robbed the Regions Bank at the same location one month earlier on October 16, 2008.

7. The Palm Beach County Sheriff's Office Detectives obtained a search warrant for COHEN's residence at 204 Meander Circle, RPB, Florida which was signed by a Judge in the 15th Judicial Circuit in/for Palm Beach County, Florida on November 18, 2008. During the search of COHEN's residence a large sum of money, a shotgun, and a shirt matching the description provided by the teller was located inside the residence. COHEN was subsequentially transported to Palm Beach County Sheriff's Office Detective Bureau for an interview. COHEN was searched and a large sum of money was found in his pockets. The total sum of money

recovered was $1760.00.

8. COHEN was provided with his Miranda rights by Palm Beach County Sheriff's Office Detective on audio and video tape. COHEN elected to waive his rights and talk with the Detective and your affiant. COHEN first denied that he ever left his house and that his physical capabilities would prevent him from robbing any bank. Your affiant told COHEN that he needed to be truthful during the interview and that he did not hurt anyone in the bank nor did he possess a firearm during the robbery. Your affiant showed COHEN the bank's video surveillance camera picture of him exiting the bank. Your affiant told COHEN that the bank's picture was one of the best photographs identifying a bank robber he had seen in years, and COHEN responded by laughing. COHEN complained to your affiant about the medical care in both state and federal prison. COHEN acknowledged that he did not hurt anyone nor carried a firearm during the robbery. COHEN continued with his complains about proper medical care in prison and finally elected to speak with an attorney before he provided any details about the robbery.

9. Based on the foregoing, your affiant submits that there is probable cause to arrest HOWARD COHEN, date of birth, July 26, 1959, for, bank robbery, in violation of Title 18, United States Code, Section 2113 , stemming from the bank robbery which occurred in Palm Beach County, in the Southern District of Florida

FURTHER YOUR AFFIANT SAYETH NAUGHT.

JOHN J. MACVEIGH, IV, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

3

Sworn to and Subscribed to
before me this 21st day
of November 2008.

_____
LINNEA JOHNSON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 08-8324 LRJ

UNITED STATES OF AMERICA

vs.

HOWARD COHEN,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

BY: _____
ROBERT H. WATERS, JR
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 365483
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Robert.Waters@usdoj.gov